```
            UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
              Civil No. 06-377 RHK/JSM
```

MOHAMED A. MOHAMED,            )
                               )
          Plaintiff,           )      **ORDER**
                               )
     v.                        )
                               )
DENISE FRAZIER, et al,         )
                               )
          Defendants.          )

Based on the entire file herein, and for good cause shown, it is hereby

**ORDERED** that Defendants may file with their reply, the FBI notice and a short declaration explaining it.

Dated: 5/11/06

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Court Judge